**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOTORCYCLE TIRES & ACCESSORIES LLC, *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | ) Chapter 15<br>)<br>)<br>) Case No. 19-12706 (KBO)<br>) Joint Administration Requested<br>)<br>)<br>) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 20, 2019 AT 10:30 A.M. (EASTERN) BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 1, 6TH FLOOR WILMINGTON, DELAWARE 19801[2]**

**I.   PETITIONS**

1. Motorcycle Tires & Accessories LLC (Case No. 19-12706)

2. Moncy Holding Company, Inc. (Case No. 19-12707)

3. Moncy Financial Services Company, Inc. (Case No. 19-12709)

4. Moncy LLC (Case No. 19-12710)

5. Nichols Motorcycle Supply, Inc. (19-)12708

    A.   Consolidated List Required Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4) [Filed 12/19/19; D.I. 6]

**II.   DECLARATIONS IN SUPPORT OF FIRST DAY MOTIONS**

6. Declaration of Maxime Codère in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding Pursuant to Section 1515(b) of the Bankruptcy Code [Filed 12/19/19; D.I. 4]

---

[1]   The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's federal tax identification number, are: Motorcycle Tires & Accessories LLC (8629); Moncy Holding Company, Inc. (6755); Moncy Financial Services Company, Inc. (7515); Moncy LLC (3654); and Nichols Motorcycle Supply, Inc. (4371). The Debtors' mailing address is 1550 Melissa Court, Corona, CA 92879.

[2]   Any person who wishes to appear telephonically at the **December 20, 2019** hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with *The Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

IMPAC 6518614v.1

7. Declaration of Maxime Codère in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding Pursuant to Section 1515(c) of the Bankruptcy Code [Filed 12/19/19; D.I. 5]

8. Declaration of Maxime Codère in Support of Foreign Representative's (I) Verified Petitions under Chapter 15, (II) Motion for Joint Administration, (III) Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding; (IV) Motion to Establish Certain Notice Procedures in Connection with Filing of Verified Petitions under Chapter 15 and (V) Motion to Assume Agency Agreement [Filed 12/19/19; D.I. 11]

### III. FIRST DAY PLEADINGS

9. Foreign Representative's Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [Filed 12/19/19; D.I. 3]

10. Foreign Representative's Motion for Entry of an Order Specifying Form and Manner of Service of Notice of (I) Filing of (A) Petitions Pursuant to Chapter 15 of the Bankruptcy Code and (B) Foreign Representative's Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order; (IV) Hearing for Court to Consider Chapter 15 Petitions and Entry of Recognition Order; (V) Approving the Manner of Service on the Master Service List of Any Pleadings that the Foreign Representative Files in the Chapter 15 Cases; and (VI) Granting Certain Related Relief [Filed 12/19/19; D.I. 7]

11. Foreign Representative's Motion for Interim and Final Orders Authorizing (I) the Debtors to Assume the Agency Agreement, (II) the Conduct of the Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims and Encumbrances, and (III) Granting Related Relief [Filed 12/19/19; D.I. 8]

12. Foreign Representative's Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code [Filed 12/19/19; D.I. 9]

13. Memorandum of Law in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding and Related Relief [Filed 12/19/19; D.I. 10]

| | |
|---|---|
| Dated:  December 19, 2019<br>          Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ D. Ryan Slaugh*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>E-mail:  jryan@potteranderson.com<br>            rmcneill@potteranderson.com<br>            rslaugh@potteranderson.com<br><br>*Counsel to KPMG, Inc., as Foreign*<br>*Representative for the Debtors* |

IMPAC 6518614v.1